# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0998
L.T. Case No. 2010-CF-001696

_____

MICHAEL LOUIS MCINTOSH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Michael Louis McIntosh, Bushnell, pro se.

James Uthmeier, Attorney General, Tallahassee, and
Rebecca Rock McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


July 8, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____